No. 70–5355.  MENDOZA-ACOSTA, AKA AQUILAR v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 70–5358.  LEIFERMANN v. SECRETARY OF THE ARMY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 70–5359.  SANDERS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 70–5360.  ROBINSON v. UNITED STATES; and
No. 70–5365.  MOWBRAY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 442 F. 2d 517.

No. 70–5362.  WEINSTEIN v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 70–5363.  DAVIS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 70–5364.  MANUEL v. AMERICAN NATIONAL TRUST ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 70–5368.  DELANCEY v. CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 70–5369.  HAGGERTY v. WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 70–5370.  REICH v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 70–5371.  GEBHART v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 70–5372.  CEPELIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 70–5373.  DeBow v. UNITED STATES.  Ct. Cl.  Certiorari denied.